**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01305-CR
No. 05-12-01306-CR

**CHAD BLAKELEE HIGHTOWER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-33192-W, F10-33202-W**

## ORDER

The Court **GRANTS** the State's April 19, 2013 motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.


/s/    MICHAEL J. O'NEILL
         PRESIDING JUSTICE